**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRANDON LAUNER,

    Plaintiff,

v.                                                               CASE NO. 6:11-CV-788-Orl-36GJK

J&A BALBOA ENTERPRISES, INC., ADAM
BALBOA, MITCHELL BALBOA,

    Defendants.

_____/

**<u>ORDER</u>**

       This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly, on March 12, 2012 (Doc. 34). In the Report and Recommendation, Judge Kelly recommends that the Court grant in part and deny in part the Parties' Joint Motion to Approve Settlement (Doc. 33), filed on March 2, 2012. On March 13, 2012, the Parties jointly filed a Notice of Non-Objection to the Report and Recommendation (Doc. 35), which informed the Court that each party had reviewed the Report and Recommendation and had no objection to the findings of the Magistrate Judge. As such, this matter is ripe for review.

       After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 34) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 33) is **GRANTED**, in part and **DENIED**, in part. The Settlement Agreement (Doc. 33, Ex. 1) is **APPROVED**, but only to the extent that it is a fair and reasonable resolution of a bona fide dispute. Otherwise, the Motion is **DENIED**.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on March 14, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD